SEDGWICK LLP
MICHAEL F. HEALY, State Bar No. 95098
*michael.healy@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Tel: 415.781.7900 / Fax: 415.781.2635

SEDGWICK LLP
DEBORAH L. O'CONNOR, State Bar No. 155760
*deborah.oconnor@sedgwicklaw.com*
2020 Main Street, Suite 1100
Irvine, CA 92614-8234
Tel: 949.852.8200 / Fax: 877.546.3920

Attorneys for DEPUY SYNTHES PRODUCTS, INC. and DEPUY SYNTHES SALES, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY SAVEDRA AND CANDACE SAVEDRA, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUY SYNTHES PRODUCTS, INC., a Delaware corporation; DEPUY SYNTHES SALES, INC., a Massachusetts corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. EDCV 17-304-GW(SPx)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action is hereby dismissed with prejudice.

Dated: October 23, 2017

_____
GEORGE H. WU, United States District Judge